IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>ELIZABETH ARNEZ MCPHAUL )<br>    Defendant, )<br>)<br>and )<br>)<br>HUDSON GASTONIA ACQUISITION, LLC, )<br>    Garnishee. ) | CASE NO. DNCW3:10CR114<br>(Financial Litigation Unit) |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant Elizabeth Arnez McPhaul is DISMISSED.

  **SO ORDERED**.

        Signed: October 13, 2017

        _____
        David S. Cayer
        United States Magistrate Judge